QATAR INTERNATIONAL TRADING
CO., Appellant,

v.

Michael B. DONLEY, Secretary
of the Air Force, Appellee.

No. 2011–1008.

United States Court of Appeals,
Federal Circuit.

May 9, 2011.

Robert H. Koehler, Patton Boggs LLP, of McLean, Virginia, argued for appellant. With him on the brief were Michael J. Schaengold and Elizabeth M. Gill.

J. Hunter Bennett, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director.

Before GAJARSA, DYK, and PROST, Circuit Judges.

PER CURIAM.

This case was argued before the court on May 2, 2011. The court *affirms-in-part* and *remands-in-part* to the Armed Services Board of Contract Appeals for the limited purpose of considering the charges of $428.36 for the calls made by U.S. Air Force personnel that the government has agreed is due to the Appellant.

AFFIRMED–IN–PART, REMAND-ED–IN–PART.